UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS ORTIZ, | Case No.  1:26-cv-01712-KES-FJS |
| Plaintiff, | ORDER DENYING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM WITHOUT PREJUDICE |
| v. | |
| COUNTY OF FRESNO, | (ECF Nos. 5, 6) |
| Defendant. | |

Presently pending before the Court is Plaintiff's Petition to Appoint Sonia Linares as *Guardian Ad Litem* of Plaintiff Alexis Ortiz.  (ECF No. 5.)  On March 10, 2026, the Court found that the petition had not presented sufficient evidence to warrant a competency determination and issued an order requiring supplemental briefing in support of the petition, including medical records and a supplemental declaration from Petitioner Sonia Linares.  (ECF No. 6.)  To protect Plaintiff's confidential medical information, Plaintiff was instructed to file the required medical evidence, declarations, or letters addressing the medical issues under seal.  (*Id.*)  Plaintiff was directed to file the supplemental briefing on or before March 24, 2026.  (*Id.* at 4.)  Plaintiff did not file any response to the Court's March 10, 2026, order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  A motion may

1

be denied for failure to comply with a court order.  *See DeJohnette v. Hubbard*, 498 F. App'x 737 (9th Cir. 2012); *United States v. Molen*, No. 2:10-CV-02591 MCE, 2013 WL 1701833, at *1 (E.D. Cal. Jan. 18, 2013).

Because the evidence submitted "provides no facts that show Plaintiff lacks the capacity to understand the nature and consequences of the proceeding or is unable to assist counsel in preparation of the case," (ECF No. 6) (internal quotations and citations omitted), it is hereby ORDERED that Plaintiff's Petition to Appoint Sonia Linares as *Guardian Ad Litem* of Plaintiff Alexis Ortiz (ECF No. 5) is denied without prejudice.  Plaintiff is instructed that any subsequent petition to appoint a *guardian ad litem* should address the deficiencies highlighted in the Court's March 10, 2026, order.

IT IS SO ORDERED.

Dated:   **March 31, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

2