UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALEXIS ORTIZ
*by and through his guardian ad litem*
Sonia Linares,

Plaintiff,

v.

COUNTY OF FRESNO,

Defendant.

Case No. 1:26-cv-01712-KES-FJS

ORDER VACATING HEARING AND TAKING MOTION UNDER SUBMISSION

On August 28, 2026, Plaintiff Alexis Ortiz, by and through his guardian ad litem Sonia Linares, ("Plaintiff") moved to amend his first amended complaint. (ECF No. 21.) On September 10, 2026, Defendant County of Fresno filed a statement of non-opposition in response. (ECF No. 24.)

The court has deemed Plaintiff's motion, currently noticed for hearing on October 9, 2026, at 10:00 am before Magistrate Judge Frank J. Singer, suitable for decision without oral argument pursuant to Local Rule 230(g). As such, the court ORDERS the hearing VACATED, with the matter to be taken under submission as of that date.

IT IS SO ORDERED.

Dated: **October 2, 2026**

UNITED STATES MAGISTRATE JUDGE